E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-3387 GHK (Jcx) | Date | September 26, 2008 |
|---|---|---|---|
| Title | *Bravado International Group Merchandising Services, Inc., v. William Castro, et al* | | |

| **Presiding: The Honorable** | **GEORGE H. KING, U. S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

**Proceedings:**     **ORDER TO SHOW CAUSE**

The court notes that plaintiff has not filed proofs of service of the Summons and Complaint in the above-captioned matter for the following defendants: William Castro, Betray Industries, *aka Betrayindustires.com,* Riki Babila, Iron-Ons, Galore, *aka Ironosgalore*, T-Shirt 44, *aka, T-Shirt44.com*, and Tim Waschgau, *aka, Timothy Waschgau.*  Pursuant to F.R.Civ.P. 4(m), plaintiff has 120 days from the date the complaint was filed in which to effect service.  That period of time has now expired.

Plaintiff is ORDERED TO SHOW CAUSE in writing WITHIN TWELVE DAYS hereof, why this action should not be dismissed for failure to diligently prosecute.  Failure of plaintiff to timely and adequately respond as required  herein will be deemed plaintiff's abandonment of the above action.  In that event  the above matter will be dismissed without further notice from the court for plaintiff's failure to comply with this Court's order and for failure diligently prosecute.

**IT IS SOS ORDERED.**

| | 0 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | Bea |