KENNETH A. FEINSWOG (Bar. No. 129562)
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone: (310) 846-5800
Fax: (310) 846-5801
Email: kfeinswog@aol.com

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT,**

**IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC. et al,<br><br>Plaintiffs,<br>v.<br><br>WILLIAM CASTRO, BETRAY INDUSTRIES a/k/a BETRAYINDUSTRIES.COM, GARY SHAFFER, AMERICAN LIGHT, LLC, JOSEPH SAKALA, SHELLEY SAKALA, SOHOSHIRTS.COM a/k/a SOHO SHIRTS, WEAR POWER a/k/a WEARPOWER.COM, DAVID TIU, RIKI BABILA, IRON-ONS GALORE a/k/a IRONONSGALORE, T-SHIRT 44 a/k/a T-SHIRT44.COM and TIM WASCHGAU a/k/a TIMOTHY WASCHGAU,<br><br>Defendants. | CASE NO.<br>CV 08-3387-GHK (JCx)<br><br>**RENEWAL OF JUDGMENT**<br>**<u>BY CLERK</u>** |

Based upon the application for renewal of the original judgment, and pursuant to F.R.C.P. 69(a) and Cal. Code Civ. Proc. §§ 683.110 through 683.320 and for good cause appearing, therefore:

The judgment to and against Defendants William Castro and Betray Industries entered on July 13, 2009 (a copy of which is attached) is hereby renewed in the amounts set forth below:

Renewal of Money Judgment:

| | | |
|---|---|---:|
| a. | Total judgment | $ 86,620.00 |
| b. | Costs after judgment | 0.00 |
| c. | Attorneys' fees | 0.00 |
| d. | Subtotal | $ 86,620.00 |
| e. | Credits after judgment | 0.00 |
| f. | Subtotal | $ 86,620.00 |
| g. | Interest after judgment | 3,856.68 |
| h. | Fee for filing renewal | 0.00 |
| i. | **Total renewed judgment** | **$ 90,476.68** |

DATED: June 20, 2019

*Sharon Hall Brown*
Deputy Clerk

KIRY K. GRAY,
Clerk of Court

E-Filed: **7/13/09**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Bravado International Group Merchandising Services, Inc., et al.,**<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>**William Castro, et al.,**<br><br>　　　　　Defendants. | NO. CV 08-3387-GHK (JCx)<br><br>DEFAULT JUDGMENT |

　　　Based on our July 13, 2009 Order granting Plaintiffs Bravado International Group Merchandising Services, Inc. and Bravado International Group, Limited's (collectively "Plaintiffs") Motion for Entry of Default Judgment against Defendants William Castro and Betray Industries (collectively "Defendants"), **IT IS HEREBY ADJUDGED** that Plaintiffs shall have judgment in the sum of $86,620 against Defendants.

　　　Furthermore, Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive notice of the injunction are hereby restrained and permanently enjoined from:

//

//

//

1  Manufacturing, distributing or selling any and all merchandise bearing the names,
2  trademarks, and/or the likenesses of the following musical performers: Metallica,
3  Slayer, Red Hot Chili Peppers, Slipknot, Avenged Sevenfold, Korn, Guns N Roses,
4  HIM, Iron Maiden, The Clash, Led Zeppelin, and Motorhead.

6  **IT IS SO ORDERED**.

8  DATED: July 13, 2009

_____
GEORGE H. KING
United States District Judge

2